# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2014

Robert P. Young, Jr.,
Chief Justice

149270(25)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

JOHN KRUSAC, Personal Representative of the
ESTATE OF DOROTHY KRUSAC,
    Plaintiff-Appellee,

SC: 149270
COA: 321719
Saginaw CC: 12-015433-NH

v

COVENANT MEDICAL CENTER, INC., d/b/a
COVENANT MEDICAL CENTER-HARRISON,
d/b/a COVENANT HEALTHCARE,
    Defendant-Appellant.
_____/

   On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing his appeal brief is GRANTED. The brief will be accepted as timely filed if filed on or before October 3, 2014.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2014

